UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ISOM R. TAYLOR, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MGC MORTGAGE, INC., a corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  2:17-cv-01352<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MGC MORTGAGE, INC. PURSUANT TO LCR 7.1 |

Pursuant to LCR 7.1, defendant MGC Mortgage, Inc. makes the following disclosures:

MGC Mortgage, Inc. is a Texas corporation wholly owned by Property Acceptance Corp., a Texas corporation.  Property Acceptance Corp. is not publicly traded and is wholly owned by Beal Bank, SSB, a privately owned Texas state savings bank.

DATED this 8th day of September, 2017

*s/ Gabrielle D. Richards*
**Gabrielle D. Richards**, WSBA No. 50269
gabby@cascadialawyers.com
**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Telephone:  503.444.3449
Facsimile:  503.296.5834

*Attorney for MGC Mortgage, Inc.*

PAGE   1-   CORPORATE DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on September 8th, 2017, I electronically filed this **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MGC MORTGAGE, INC. PURSUANT TO LCR 7.1** with the Clerk of the Court using the CM/ECF system and mailed the same to plaintiff at the following address via First-Class U.S. Mail:

Isom R. Taylor
128 24th Avenue
Seattle, WA 98122

DATED this 8th day of September, 2017

*s/ Gabrielle D. Richards*
**Gabrielle D. Richards**, WSBA No. 50269
gabby@cascadialawyers.com
**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Telephone:  503.444.3449
Facsimile:  503.296.5834

*Attorney for MGC Mortgage, Inc.*

PAGE  1-   CERTIFICATE OF SERVICE

**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone:  503.444.3449
Fax:  503.296.5834