HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISOM R TAYLOR,

    Plaintiff,

v.

MGC MORTGAGE INC, et al.,

    Defendants.

CASE NO. C17-1352 RAJ

ORDER

This matter comes before the Court on Plaintiff's Amended Motion for Postponement. Dkt. # 16. Plaintiff asks the Court to postpone the case for 21 days so that he may find a lawyer.

Plaintiff made the choice to file and pursue this lawsuit. Based on the record, it appears that Plaintiff has had ample time to locate an attorney. In fact, it appears Plaintiff could have waited to file this lawsuit until he had representation, if that was the route he preferred. The Court does not take well to Plaintiff's tactics in delaying the litigation that he commenced. For these reasons, the Court **DENIES** Plaintiff's motion to postpone.

Dated this 24th day of October, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1