HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISOM R. TAYLOR, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MGC MORTGAGE, INC., *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-01352<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DOVENMUEHLE MORTGAGE, INC. PURSUANT TO LCR 7.1 |

Pursuant to LCR 7.1, defendant Dovenmuehle Mortgage, Inc. makes the following disclosures:

Dovenmuehle Mortgage, Inc. is a Delaware corporation that is not publicly traded and has no parent corporation.

DATED this 7th day of September, 2018

*s/ Gabrielle D. Richards*
**Gabrielle D. Richards**, WSBA No. 50269
gabby@cascadialawyers.com
**Martin & Richards, LLP**
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Telephone:  503.444.3449
Facsimile:  503.296.5834

*Attorney for MGC Mortgage, Inc., LNV Corporation and Dovenmuehle Mortgage, Inc.*

PAGE  1-   CORPORATE DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I electronically filed this CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DOVENMUEHLE MORTGAGE, INC. PURSUANT TO LCR 7.1 with the Clerk of the Court using the CM/ECF system and served the same on plaintiff through the CM/ECF system.

DATED this 7th day of February, 2017.

*s/ Gabrielle D. Richards*
**Gabrielle D. Richards**, WSBA No. 50269
gabby@cascadialawyers.com
**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, OR  97204
Telephone:  503.444.3449
Facsimile:  503.296.5834

*Attorney for MGC Mortgage, Inc., LNV Corporation and Dovenmuehle Mortgage, Inc.*

PAGE   1-   CERTIFICATE OF SERVICE

**Martin & Richards,** LLP
111 SW Fifth Avenue, Suite 3150
Portland, Oregon 97204
Phone:  503.444.3449
Fax:  503.296.5834